# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MY PILLOW, INC. and ) <br> MICHAEL J. LINDELL, ) <br> ) <br> Defendants. ) | Case No. 2:25-cv-02222-JPM-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Motion for Entry of Default Judgment, (ECF No. 19), and the Court having entered an Order Granting Motion for Default Judgment, (ECF No. 24),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order, judgment is entered in favor of Plaintiff and against Defendant My Pillow, Inc., in the amount of $8,809,056.31, and against Defendant Michael J. Lindell jointly and severally in the amount of $2,677,933.31, plus an award of court costs and post-judgment interest.

**APPROVED:**

 /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

 August 1, 2025
Date